UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CABRI CHAMBERLIN,

       Plaintiff,

v.                                                                CIVIL ACTION NO.
                                                                  3-14-cv-00308 (VLB)

PSI UPSILON FRATERNITY, INC.,
a Pennsylvania non-profit Corporation;
XI CHAPTER OF PSI UPSILON FRATERNITY,
a voluntary association;
JOHN DOE, individually and as Social
Chairman and agent of Psi Upsilon Fraternity and Xi Chapter;
RICHARD ROE(S) 1-10, individually and as agents
of Psi Upsilon Fraternity and XI Chapter; and
KWAME CHIHOMBORI-QUAO, individually and
as an agent of Psi Upsilon Fraternity and Xi Chapter,
jointly and severally

       Defendants

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff,

Cabri Chamberlin, and defendants Psi Upsilon Fraternity, Inc. and XI Chapter of Psi Upsilon

Fraternity hereby stipulate to the dismissal of ONLY the claims against defendants, **Psi**

**Upsilon Fraternity, Inc. and XI Chapter of Psi Upsilon Fraternity**, with prejudice and

without either costs or attorneys' fees being assessed to any of the above-named parties.  There

shall be no right of appeal.

COUNSEL FOR PLAINTIFF,
BODE & FIERBERG, LLP                    KENNY, O'KEEFE & USSEGLIO, P.C.


By: /s/ Douglas E. Fierberg           By: /s/ Kristen E. Kenney
    Douglas E. Fierberg                    Timothy O'Keefe
    (*Pro Hac Vice*)                       CT15005
    Cari Simon                             Kristen E. Kenney
    (*Pro Hac Vice*)                       CT23488
    Bode & Fierberg, LLP                   Kenny, O'Keefe & Usseglio, PC
    1150 Connecticut Avenue, N.W.          21 Oak Street, Suite 208
    Ninth Floor                           Hartford, CT  06106
    Washington, D.C.  20036



PSI UPSILON FRATERNITY, INC.,

By:    /s/ Michael C. Osborne
       Michael C. Osborne
       *Pro Hac Vice* 06753
       Audrey D. Tearnan
       *Pro Hac Vice* 06754
       ARCHER NORRIS
       One Embarcadero Center
       Suite 360
       San Francisco, CA 94111



XI CHAPTER OF PSI UPSILON
FRATERNITY, INC., Defendant

By:    /s/ Kevin A. Coles
       Kevin A. Coles
       CT04350
       Catherine L. Creager
       CT23645
       COLES, BALDWIN & KAISER, LLC
       1261 Post Road
       P.O. Box 577
       Fairfield, CT 06824

## CERTIFICATION

I hereby certify that on this 30th day of March 2015, a copy of the foregoing plaintiff's Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electric filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Kristen E. Kenney
Kristen E. Kenney