UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CABRI CHAMBERLIN,

    Plaintiff,

v.

PSI UPSILON FRATERNITY, INC.,
a Pennsylvania non-profit Corporation;
XI CHAPTER OF PSI UPSILON FRATERNITY,
a voluntary association;
JOHN DOE, individually and as Social
Chairman and agent of Psi Upsilon Fraternity and Xi Chapter;
RICHARD ROE(S) 1-10, individually and as agents
of Psi Upsilon Fraternity and XI Chapter; and
KWAME CHIHOMBORI-QUAO, individually and
as an agent of Psi Upsilon Fraternity and Xi Chapter,
jointly and severally

    Defendants

CIVIL ACTION NO.
3-14-cv-00308 (VLB)

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Cabri Chamberlin, and defendant Kwame Chihombori-Quao hereby stipulate to the dismissal of the claims against Kwame Chihombori-Quao with prejudice and without either costs or attorneys' fees being assessed to any of the above-named parties. There shall be no right of appeal.

COUNSEL FOR PLAINTIFF,
BODE & FIERBERG, LLP

By: /s/ Douglas E. Fierberg
    Douglas E. Fierberg
    (*Pro Hac Vice*)
    Bode & Fierberg, LLP
    1150 Connecticut Avenue, N.W.
    Ninth Floor
    Washington, D.C. 20036

KENNY, O'KEEFE & USSEGLIO, P.C.

By: /s/ Kristen E. Kenney
    Kristen E. Kenney
    CT23488
    Kenny, O'Keefe & Usseglio, PC
    21 Oak Street, Suite 208
    Hartford, CT 06106
    860-246-2700

COUNSEL FOR DEFENDANT,
KWAME CHIHOMBORI-QUAO

By: ___/s/ James Bergenn___
James W. Bergenn
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5194

## CERTIFICATION

I hereby certify that on this 19th day of November 2015, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electric filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristen E. Kenney
Kristen E. Kenney